# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201600423

_____

## UNITED STATES OF AMERICA
Appellee

v.

## NICHOLAS N. BYRON
Hospital Corpsman Third Class (E-4), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Jason Jones, JAGC, USN.
Convening Authority: Commander, Navy Region Southeast, Naval Air
Station, Jacksonville, FL.
Staff Judge Advocate's Recommendation: Lieutenant Commander
George W. Lucier, JAGC, USN.
For Appellant: Commander Brian L. Mizer, JAGC, USN.
For Appellee: Lieutenant George R. Lewis, JAGC, USN.

_____

Decided 2 May 2017

_____

Before MARKS, Rugh, and ELLINGTON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court